IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BELINDA K. FRANKS                                                                            PLAINTIFF

v.                          Case No. 3:16-cv-00247-KGB

STEPHEN HAMMELL                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Belinda K. Franks's complaint be dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this the 27th day of June, 2017.

_____
Kristine G. Baker
United States District Judge